# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050
SEVEN PENN PLAZA • 370 SEVENTH AVENUE • SUITE 720 • NEW YORK, NY 10001-0015 • 212-661-0085
FACSIMILE: 516-931-0030
attorneys@lipmanplesur.com

**VIA ECF**

The Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY  11722-9014                                                        February 13, 2015

                Re:      **Mark Brown v. Tuttnauer U.S.A. Co., Ltd.**
                       **13 Civ. 0678 (LDW) (SIL)**

Dear Judge Wexler:

      Our firm represents the Defendant in the above-referenced matter.  Pursuant to ECF Notice dated January 12, 2015 advising that Jury Selection will be set for a date in June 2015, Defendant respectfully requests that a jury not be selected and a trial not take place between June 25, 2015 and July 17, 2015 as Defendant's management team, including most of the key witnesses for both parties, will be at the parent company's headquarters in Israel at that time.  Also, I plan to be out of the country the week of July 27, 2015 and will not be available to pick a jury that week.  Plaintiff consents to this request.

                                                    Respectfully,

                                                      /s/ Robert D. Lipman
                                                      LIPMAN & PLESUR, LLP

RDL:ljt

cc:      All parties via ECF